**Electronically Filed
Supreme Court
SCAD-10-0000039
24-NOV-2010
01:54 PM**

SCAD-10-0000039

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RONALD D.S. LAU, Respondent.

---

(ODC 08-075-8718)

<u>ORDER OF SUSPENSION</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Castagnetti, assigned by reason of vacancy)

Upon consideration of the Office of Disciplinary
Counsel's petition for the immediate suspension of Respondent
Ronald D.S. Lau from the practice of law for failure to cooperate
with a disciplinary investigation, the memorandum and exhibits in
support thereof, the record, and Respondent Lau's response to our
October 21, 2010, order to appear and show cause, it appears that
Respondent Lau is the subject of a disciplinary investigation and
has failed to cooperate with the investigation.  Respondent Lau
appears to assert that he is now willing  to cooperate, but
requests diversion to the Attorneys' and Judges' Assistance
Program.  Respondent Lau does not need a court order to seek the

services of the Attorneys' and Judges' Assistance Program, and the Attorneys' and Judges' Assistance Program is not a substitute for cooperating with a disciplinary investigation.  Therefore,

IT IS HEREBY ORDERED, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawaiʻi, that Respondent Lau is suspended from the practice of law.  This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that Respondent Lau's request for diversion to the Attorneys' and Judges' Assistance Program is denied, without prejudice to Respondent Lau's voluntary participation in the program.  *See* Rule 16.4 of the Rules of the Supreme Court of the State of Hawaiʻi.

IT IS FINALLY ORDERED that the Office of Disciplinary Counsel shall report to this court within 30 days after entry of this order whether Respondent Lau has cooperated with the investigation and shall recommend whether this suspension order should be vacated.

DATED: Honolulu, Hawaiʻi, November 24, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Jeannette H. Castagnetti